UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **TERESA MARTINEZ MARTINEZ** § | |
| § | |
| V. § | **CIVIL ACTION NO. 7:19-CV-00032** |
| § | |
| **WAL-MART STORES TEXAS, L.L.C.** § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Teresa Martinez Martinez; Defendant is Wal-Mart Stores Texas, L.L.C.

2. On December 13, 2018, Plaintiff sued Defendant.

3. On January 31, 2019, Defendant removed this matter to federal court under 28 U.S.C. §1441(B), diversity.

5. Defendant, who has served an Answer, agrees to the dismissal.

6. The parties have reached and entered into a settlement agreement disposing of all claims asserted by Plaintiffs against Defendant.

7. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice.

Date:  **September 13, 2019**.

Respectfully submitted,

**CISNEROS LAW FIRM, L.L.P.**

 /s/ Michael J. Cisneros
Michael J. Cisneros, Attorney in Charge
Federal ID No. 19522
State Bar No. 00793509
Arturo Cisneros, Attorney of Record
Federal ID No. 19521
State Bar No. 00789224
312 Lindberg
McAllen, Texas 78501
(956) 682-1883 Telephone
(956) 682-0132 Facsimile
Email: email@cisneroslawfirm.com
**ATTORNEYS FOR PLAINTIFF**
**TERESA MARTINEZ MARTINEZ**


**DAW & RAY, L.L.P**

*/s/ Jaime A. Drabek*
Jaime A. Drabek, Attorney in Charge
SBN: 06102410; FED ID No. 8643
Ricardo G. Benavides, Attorney of Record
SBN: 24031735; FED ID No. 32205
3900 N. 10th Street, Suite 950
McAllen, Texas 78501
Telephone: (956) 687-3121
Facsimile: (956) 686-3188
Email: jdrabek@dawray.com
**ATTORNEYS FOR DEFENDANT,**
**WAL-MART STORES TEXAS, L.L.C.**